IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

```
ESTATE OF JAMES A. BUNCE, JR.,    *
Deceased, by and through William  *
Russell Lanier, Administrator     *
with Will Annexed,                *
                                  *
        Plaintiff,                *
                                  *
    v.                            *      CV 614-040
                                  *
UNITED STATES OF AMERICA,         *
                                  *
        Defendant.                *
```

**O R D E R**

Presently before the Court is the parties' "Joint Motion for Sixty-Day Stay Pending Consideration of Offer to Compromise." (Doc. 28). In light of a settlement offer under review by the Department of Justice, the Court previously extended the parties' deadline to file a proposed pretrial order until January 22, 2016. (Doc. 27). The parties now indicate that the settlement offer is currently under the Department of Justice's "active consideration". (Doc. 28 at 1). The parties request a sixty-day stay so that the Department of Justice may consider the settlement offer and review additional documents submitted by Plaintiff. (Id.) The parties also highlight the time-consuming review process used by the Department of Justice. (Id. at 2).

In light of the above, the Court finds that a sixty-day stay is warranted. Therefore, the Court **GRANTS** the parties' motion and this case is stayed until **MARCH 26, 2016**.

**ORDER ENTERED** at Augusta, Georgia, this 26th day of January, 2016.

*signature*
Honorable J. Randal Hall
United States District Judge
Southern District of Georgia