IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

```
ESTATE OF JAMES A. BUNCE, JR.,     *
Deceased, by and through William   *
Russell Lanier, Administrator      *
with Will Annexed,                 *
                                   *
          Plaintiff,               *
                                   *
     v.                            *      CV 614-040
                                   *
UNITED STATES OF AMERICA,          *
                                   *
          Defendant.               *
```

## O R D E R

Presently before the Court is the parties' "Stipulation for Dismissal." (Doc. 30). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES WITH PREJUDICE** all claims in this matter. The clerk is **DIRECTED** to **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 31ST day of May 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA